UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER HUNT, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:11-0662 |
| v. ) | Judge Nixon/Brown |
| ) | **Jury Demand** |
| CITY OF LA VERGNE, TENNESSEE, ) | |
| ) | |
| Defendant ) | |

### O R D E R

A telephone conference was held with the parties in this matter on July 18, 2012. Judge Nixon has set the trial date in this matter for March 19, 2013. In view of the trial date, the scheduling order previously entered is amended to provide that discovery may remain open through **October 5, 2012**. Any motions related to discovery disputes not resolved by a telephone conference call will be filed by **October 12, 2012**. Dispositive motions will be filed on or before **November 5, 2012**. Responses to dispositive motions are due **December 5, 2012.** Briefs shall not exceed **25 pages**. Optional replies, limited to **five pages**, will be due **December 19, 2012.** If dispositive motions are filed early, the response and reply dates are moved up accordingly.

The parties are advised that the Magistrate Judge does stand ready to assist with alternative dispute resolution at their request at any time.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge